

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GILBERT GARCIA,<br><br>      Petitioner,<br><br>      v.<br><br>WALKER, WARDEN,<br><br>      Respondent. | Case No. SACV 08-0726-DDP (MLG)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: September 9, 2009

                                              Dean D. Pregerson<br>                                              United States District Judge