FILED
SEP - 9 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GILBERT GARCIA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>WALKER, WARDEN,<br><br>　　　　Respondent. | Case No. SACV 08-0726-DDP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: September 9, 2009

_____
Dean D. Pregerson
United States District Judge